1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3  Sacramento, CA 95814
   Telephone: (916) 448-8600
4  Facsimile: (916) 448-8605

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11  EDWARD H. BELL, JR.                )        CIV-07-2532 DAD
                                       )
12                                     )
                                       )
13           Plaintiff,                )        STIPULATION AND ORDER
                                       )        EXTENDING PLAINTIFF'S TIME TO
14  v.                                 )        FILE MEMORANDUM IN SUPPORT
                                       )        OF ATTORNEY FEES UNDER THE
15  JO ANNE B. BARNHART                )        EQUAL ACCESS TO JUSTICE ACT
    Commissioner of Social Security    )
16  of the United States of America,   )
                                       )
17           Defendant.                )
                                       )
18  _____    )

19

20         IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the

21  permission of the Court as evidenced below, that the Plaintiff's time to file his motion for attorney fees

22  under the Equal Access to Justice Act (EAJA) is hereby extended from its current due date of October

23  15, 2009, to November 13, 2009.  This extension is required to permit the parties to pursue settlement

24  of the fees in this case

25  / / / /

26  / / / /

27  / / / /

28  / / / /

                                             1

1   Dated: October 15, 2009                    /s/Bess M. Brewer
                                               BESS M. BREWER
2                                              Attorney at Law

3                                              Attorney for Plaintiff

4
    Dated: October 15, 2009_____              McGregor W. Scott
5                                              United States Attorney

6                                              By:/s/   Shea Bond

7                                              SHEA BOND
                                               Special Assistant U.S. Attorney
8
9                                              Attorney for Defendant

10

11                                             **ORDER**

12  APPROVED AND SO ORDERED.

13
    DATED: October 26, 2009.
14

15

16

17  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

18  Ddad1/orders.socsec/bell2532.stipord

19

20

21

22

23

24

25

26

27

28

2