1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   SHEA LITA BOND, SBN D.C. 469103
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8943
       Facsimile:  (415) 744-0134
7      E-Mail: Shea.Bond@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10           EASTERN DISTRICT OF CALIFORNIA

11                **SACRAMENTO DIVISION**

12

13  EDWARD BELL JR.,                )
                                    )     CIVIL NO. 2:07-cv-2532 DAD
14          Plaintiff,              )
                                    )     STIPULATION AND ORDER SETTLING
15          v.                      )     ATTORNEY'S FEES PURSUANT TO THE
                                    )     EQUAL ACCESS TO JUSTICE ACT, 28
16  MICHAEL J. ASTRUE,              )     U.S.C. § 2412(d)
    Commissioner of                 )
17  Social Security,                )
                                    )
18          Defendant.              )
    _____ )

19

20        IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel that

21  the previously filed Motion for Award of Attorney's Fees Under the Equal Access to Justice Act (EAJA)

22  is hereby withdrawn.

23        IT IS FURTHER STIPULATED that, subject to the approval of the Court, Plaintiff's counsel, as

24  Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. §

25  2412(d), in the amount of FIVE THOUSAND dollars and 00/100 cents ($5,000.00).  This amount

26  represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection

27  with this civil action, in accordance with 28 U.S.C. § 2412(d).

28  /////

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of FIVE THOUSAND dollars and 00/100 cents ($5,000.00) in EAJA attorney fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action.  Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: November 30, 2009

/s/ Bess Brewer
(As authorized via email)
BESS BREWER
Attorney for Plaintiff

Dated: November 30, 2009

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Shea Lita Bond
SHEA LITA BOND
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

**APPROVED AND SO ORDERED:**

DATED: December 1, 2009.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/bell2532.stipord.attyfees